1030

[No. 32094-4-III.   Division Three.   June 23, 2015.]

RICARDO CASTILLO, *Appellant*, v. GRANT COUNTY PUBLIC UTILITY DISTRICT, *Respondent*.

*Affirmed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J.; Fearing, J., concurring separately.

[No. 32634-9-III.   Division Three.   June 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL BRYON KINGMA, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 29641-5-III.   Division Three.   June 25, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN D. JENKS, *Appellant*.

*Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 31845-1-III.   Division Three.   June 25, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAY D. STARBUCK, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J. Now published at 189 Wn. App. 740.